01-10369

# United States Court of Appeals
## For the First Circuit

No. 03-1237

UNITED STATES,

Appellee,

v.

MARK RAMOS,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Selya and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: September 30, 2005

    We have considered the parties' briefs, including their supplemental briefs, and the record below. We conclude that there is a reasonable probability that the defendant would have received a more lenient sentence, but for the district court's error in treating the Guidelines as mandatory, in light of the district court's comments at sentencing regarding the defendant's family background. <u>See</u> <u>United States</u> v. <u>Antonakopoulos</u>, 399 F.3d 68, 75 (1st Cir. 2005);[1] <u>see also</u> <u>United States</u> v. <u>Vega Molina</u>, 407 F.3d 511, 534 n.7 (1st Cir. 2005) (acknowledging that appellate court may remand for resentencing where record shows "some likelihood that the ultimate outcome would change").

    Defendant's sentence is <u>vacated</u> and the case <u>remanded</u> for

---

[1] Defendant concedes that the plain error standard applies, and we accept the concession.

further sentencing proceedings in light of <u>United States</u> v. <u>Booker</u>, 543 U.S. --, 125 S. Ct. 738 (2005). We express no view as to the sentence to be imposed on remand.

                        By the Court:

                        Richard Cushing Donovan, Clerk.

                                JULIE GREGG
                     By: _____
                              Operations Manager.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 9-30-05

[certified copies: Hon. Patti B. Saris and Sarah A. Thornton, Clerk]
[cc: Barry P. Wilson, Esq. and Dina Michael Chaitowitz, Esq.]