UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No.: 01-10369-PBS |
| v. | ) |
| | ) |
| | ) |
| MARK RAMOS, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR EXTENSION OF TIME TO MARCH 5, 2015, TO FILE STATUS REPORT

The United States, by and through Assistant United States Attorneys Nathaniel R. Mendell and Jennifer H. Zacks, hereby respectfully moves the Court to extend the time to respond to file the parties' joint status report to March 5, 2015. In support of its request, the United States submits the following.

The Court has recently appointed counsel for the defendant and additional time is required to allow counsel to review the relevant materials and confer regarding the pending motion.

In light of the foregoing, the government respectfully requests that the Court extend the time to file a status report to March 5, 2015.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Jennifer H. Zacks
Nathaniel R. Mendell
Jennifer H. Zacks
Assistant U.S. Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3304

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date:  January 30, 2015            /s/ Jennifer H. Zacks
                                   Jennifer H. Zacks
                                   Assistant United States Attorney